1  Name: TUGRUL GULEC

2  Address: P.O. BOX 324

3  EL SEGUNDO CA 90245

4  Phone: 310-529-6267

5  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

SEP 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

( DRAFT COPY )

6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

10  TUGRUL GULEC,                    Case No. CV13-7144 DSF (AJWx)

    (To be supplied by the Clerk)

11  **PLAINTIFF,**                  **COMPLAINT FOR:**

12  vs.                             DAMAGES PERSUANT TO

13  AEROSPACE / AVIATION            CIVIL RIGHTS - PRIVACY RIGHTS

14  COMPANIES                       EMPLOYMENT DISCRIMINATION

15  ,                               ENDANGERING PERSON'S SECURITY

16  (Government and Law companies)  INJURY / TORTURE; ANTITRUST
                                    CLASS ACTION
17

18  **DEFENDANT(S).**              **Jury Trial Demanded**

19  * See page 7 and pleading attachment

20

21  ┌─────────────────────────────┐
    │      **I. JURISDICTION**     │
    └─────────────────────────────┘

22  1. This Court has jurisdiction under 28 U.S.C § 1331

23  ENDANGERING PERSON'S SECURITY /

24  ITAR PROGRAM'S SECURITY / HOMELAND SECURITY

25  ILLEGAL EMPLOYMENT / SYSTEMIC IMMIGRANT DISCRIMINATION

26  ASSIMILATION / IMMIGRATION PROCEDURES

27

28

Clerk, US District Court
COURT 4612
SEP 26 2013
PAID

## II. VENUE

2.  Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district (The job interviews happened in this district)

## III. PARTIES

3.  Plaintiff's name is TUGRUL GULEC . Plaintiff resides at: P.O. BOX 324, EL SEGUNDO CA 90245 (707 E. GRAND AVE. APT#5 EL SEGUNDO CA 90245)*

NOTE: BECAUSE OF SECURITY AND SYSTEMIC EMPLOYMENT DISCRIMINATION, I HAVE BEEN USING TEMPORARY ACCOMMODATION FOR A WHILE

* MY LAST STATIONARY ADDRESS.

4.  Defendant

BOEING COMPANY
P.O. BOX 3707
Seattle, WA 98124

5.  Defendant

GOODRICH AEROSTRUCTURES
850 Lagoon Drive, Chula Vista CA 91910

1    <u>6</u>. Defendant BOMBARDIER AEROSPACE
2         *Insert ¶ #*

3    BOMBARDIER AEROSPACE
4    One Learjet Way, Wichita KS 67209
5
6
7

8    <u>7</u>. Defendant GENERAL ELECTRIC AVIATION
9         *Insert ¶ #*

10   GENERAL ELECTRIC AVIATION
11   1 Neumann Way, Cincinnati, OH 45215.
12
13
14

15   <u>8</u>. Defendant AGUSTA WESTLAND NORTH AMERICA
16        *Insert ¶ #*

17   AGUSTA WESTLAND NORTH AMERICA
18   11700 Plaza America Drive, Suite 1000
19   Reston VA 20190
20
21

22   <u>9</u>. Defendant NORTHROP GRUMMAN CORP.
23        *Insert ¶ #*

24   NORTHROP GRUMMAN CORP.
25   1 Space Park, M/s E2/3017E
26   Redondo Beach CA 90278
27
28

10. Defendant SPIRIT AEROSYSTEMS INC.
*Insert ¶#*

SPIRIT AEROSYSTEMS INC.
3801 S. Oliver Street
Wichita, KS 67210


11. Defendant SIKORSKY AIRCRAFT CORP.
*Insert ¶#*

SIKORSKY AIRCRAFT CORP.
6900 Main Street
MAIL STOP S401A
Stratford, CT 06615


12. Defendant UTC AEROSPACE SYSTEMS
*Insert ¶#*

UTC AEROSPACE SYSTEMS
3345 S 5th St.
Phoenix, AZ 85040


13. Defendant Gulfstream Aerospace Corp.
*Insert ¶#*

GULFSTREAM AIRCRAFT COMPANY
PO BOX 2206
Savanah, GA 31402

4

*Page Number*

14. Defendant LOCKHEED MARTIN.

*Insert ¶ #*

LOCKHEED MARTIN Co

2677 Prosperity Ave, Alexandria

VA 22301

15. Defendant : TEXTRON. INC.

*Insert ¶ #*

TEXTRON.

40 Westminster Street

Providence, RI 02903

16. Defendant BAE SYSTEMS INFORMATION SOLUTIONS

*Insert ¶ #*

BAE SYSTEMS INFORMATION SOLUTIONS INC.

4075 Wilson Blvd 9th floor

Arlington, VA 22203

17. Defendant GENERAL ATOMICS AERONAUTICAL SYS. INC.

*Insert ¶ #*

GENERAL ATOMICS

14200 Kirkham Way

Poway, CA 92064

1   18. Defendant  EATON CORP.

2   *Insert ¶ #*

3   EATON CORP.

4   1111 Superior Ave E #19

5   Cleveland, OH 44114

6

7

8   19. Defendant :  RAYTHEON CO.

9   *Insert ¶ #*

10   RAYTHEON CO.

11   2000 E. EL SEGUNDO BLVD.

12   EL SEGUNDO, CA 90245

13

14

15   20. Defendant  AIRBUS AMERICAS ENGINEERING

16   *Insert ¶ #*

17   AIRBUS AMERICAS ENGINEERING

18   1801 South Broad Street

19   Mobile, AL. 36615

20

21

22   21. Defendant  NASA

23   *Insert ¶ #*

24   NASA

25   Marshall Space Center

26   Huntsville, AL.

27

28

22. Defendant BOMBARDIER AEROSPACE CANADA

*Insert ¶#*

BOMBARDIER AEROSPACE Co.

800 René-Levesque Blvd, West

Montreal Quebec H3B1Y8

CANADA

(1514-861-9481) phn.

23. Defendant EUROCOPTER /EADS

*Insert ¶#*

EUROCOPTER /EADS

Industriestrasse 4

D-86609 Donauwörth

GERMANY

(149090671-0) phn.

24. Defendant U.S. Government

*Insert ¶#*

( EEOC and Department of Defense ) *

25. Defendant Law Companies - California

*Insert ¶#* Employment Lawyers Association - LA County

There are (315 registered members)*, I contacted

almost all of them and everytime my application was

refused.

* Lawsuit against them need to be decided by court
there might be some specific restriction!

7

*Page Number*

## IV. STATEMENT OF FACTS

1. (Insert #)   I was employed for military classified programs since 1997/1998.
   a) 1997/1998 : A400M Military Lifter (EADS/EUROPE)
   b) 2000/2001 : HEWS Program (U.S./Türkiye/France)
   U.S. GFE (Government Furnished Equipment) integration.
   c) 2004/2007 : F-35 lighthening II (ITAR) Program.
   for a and b, I was approved for "clearance" by the participating nation's DoDs. (U.S.)

2. (Insert #)   The aerospace/aviation companies have to make interviews at a safe location-like a meeting room at company's plant other than phone line interview in public places. I have 3 unemployment periods before 2007: 1995, 2001, 2004. The companies interviewed me privately in a safe meeting room/office. None interviewed me using phone lines, but after 2007 many of the defendants did such unsafe interviews with me

3. (Insert #)   The identities of the interview-selected candidates was not checked before the phone line communication/interview. During phone communication if the parties do not know each other, the identity reliability is 50 percent "True" for each person, involved in communication. A selection is legal only the identities are 100 percent reliable. A job interview is a selection process. A fake identity should not be allowed   during a competition process.

8

*Page Number*

(4) I should be employed as soon as possible after my termination from a military classified (ITAR) program (F-35 ligthening II Program): For security and identity protection reasons this is important because my resume was circulated in many web sites, read by many recruiters, many many interviews happened etc. Many times my job places, companies, program, my name were released to public.

(5) Northrop Grumman Co. should not employ me for F-35 ligthening II ITAR program with my "GREENCARD" - "PERMANENT RESIDENCY CARD". I should be U.S. citizen: Because there is no obligation of federal government to approve my U.S. application in 2008. OR there is no obligation of turkish government to approve my dual citizenship. This is on identity definition process and definitely have restrictions for military classified programs.

(6) During my employment with Northrop Grumman Co the "Deposite Advise Documents" were distributed/given to employees on a desk in public. On the documents the person's name and home address written. In a military classified/ITAR program my home address was released to public. Some of the colleagues have two or one star clearances their home addresses were released. Home address of a person is a private information and should be kept away from people, especially in a military program.

9

*Page Number*

(7) *Insert ¶ #* During my employment with Northrop Grumman Co I was approved for attending "Project Management Certification" class/training. The class was arranged at a control access building, I was escorted thru the way each time, but the class-mates were the people from other classified programs of Northrop Grumman Co. Their identities were disclosed to me. I should be only allowed for attendance at the university as I did in 2009 for the rest of the training.

(8) *Insert ¶ #* Northrop Grumman Co. invited me to interview on July 2008 Electronic Warfare Engineer III position for B-2 aircraft. The company should check the job applicants citizenship status before the interview invitation The managers who interviewed me possibly have clearance but I have no clearance-active and only have greencard. Their identities were released to me. I should not be allowed for this contact.

(9) *Insert ¶ #* My job, primarily, aircraft design and integration engineering requires experience, knowledge, continuous progress without employment gaps. The technology advancing fast in this field. In a normal fashion hiring process an engineer should be hired after few job interviews within short period of time like 1-6 months time. Otherwise the gap in his/her employment background would create an unequality, and prevent his/her progress in his/her career. I was always hired after 2 interviews within 4-6 months time before 2007.

## IV. STATEMENT OF FACTS

(10) Insert ¶# I have been 25 times job interviewed by many of the defendants and applied over 800+ jobs since July 2007. I was approved 3 times unemployment benefits and everytime reported my interviews and job applications to government. The defendants prefered everytime the other candidate for the job. This type of hiring process application violates equal opportunity law when considering the other candidates hiring duration, number of interviews and job application.

(11) Insert ¶# I believe that there has been a potential political, military and economical conflict between Turkey and U.S. Because of this I have been prevented from jobs by defendants. The perception that Turks might be hostile at jobplace, in U.S. is illegal unless a court decision. I came to U.S. as to make progress in my career and life standards and also for peace and success.

(12) Insert ¶# I worked for U.S. companies since 1995 and no participated in any organization against U.S. My identity is unique in U.S. and I worked for classified programs of U.S government, Turkish government and European governments. Therefore I need to be kept away from all of the conflicts and need to be protected by all the governments. The defendants endangered my security and good life, by making many employment/labor, privacy, security violations.

—11—
Page Number

## IV. STATEMENT OF FACTS

(13) I was 21 times phone-line interviewed
Insert ¶# in public. A meeting room at company's plant
or building is not a public place because of the security
controls of the building and the environment. On the other
hand a cafe, library, home, park etc. are public places
and there is no control of the company or security divisions
of the companies.

(14) Boeing Co.; (3 phone line interviews), Bombardier
Insert ¶# Company (4 phone line interviews), Goodrich
Co. (2 phone line interview), General Electric Aviation (2
phone-line interview), Agusta Westland USA Co. (1 phone line
interview), EAton Co. (1 phone line interview), Spirit
Aerosystems Inc. (1 phone-line interview), Northrop Grumman
Co (1 phone line interview), UNITED TECHNOLOGIES CORP.
(Sikorsky, Pratt & Whitney, UTC technologies) 4 phone line interview
General Atomic Astronautics Co (1 phone interview), NASA
(1 phone interview). For the jobs in U.S. (21 interviews or pre-
                                                    interviews)
I asked and requested a possibility of a face-to-face
interviews from some recruiters of the companies, but they
mentioned there was no such private interview for candidates
who worked for military programs. I do not have much
choice since many companies have been doing this since
2007.

(15) There are so many security risk risers for me
Insert ¶# as compared with other job candidates. Of the
interviews. My identity Tugrul Gulec is the only person
in U.S. and I worked for classified programs, I have
dual citizenship (Turkish and U.S.) Both countries have hot
conflicts with some countries. I visit Turkey and its not in
the safety zone of U.S. I have been using the same name in
my Turkish and U.S. passports, ... etc.

## IV. STATEMENT OF FACTS

(16) I applied U.S. citizenship in June/2007 and
Insert ¶# became U.S. citizen on August 29, 2008.
I became dual citizen after December/2008.
In 2008, Boeing Co. interviewed me 2 times, Goodrich
company interviewed me 1 time, Raytheon Co. interviewed
me 2 times, Northrop Grumman Co. interviewed me 1
time, Sikorsky Aircraft Co. interviewed me 1 time. During
all the interviews, managers told me that I was in
the _____ application of U.S. citizenship and they were
waiting for the results of this application. In actual
the managers denied my employment because of U.S.
citizensip application process. This is a discrimination b
because my "greencard" allow me to work for them,
at least 1 year. An immigrant discrimination because of
a legal governmental processes.

(17) After January 2009, the same companies and
Insert ¶# the others interviewed me and I made thousands of
job applications which I can prove with my e-mail
accounts in yahoo. with over 2500 e-mails since 2008
I believe the actual reason is the Turkish citizenship and
my turkish ethicity because aerospace/aviation sector is
highly bussy in military contracts and because of the
conflict between governments and the security reasons
I have been discriminated during hiring process and
(18) Insert ¶# prevented from employment. This is a total
assimilation and serious civil rights violation
This is not my fault because, The unfortunate events
developed and happened after March/April 2005 and
I became the innocent victim of this without any reasons

# IV. STATEMENT OF FACTS

(19) Insert ¶# The reasons and proofs that there is a political, military and economical conflicts between U.S. and Turkish governments and this resulted a hostile attitude of companies againsts Turkish origined employees or job candidates. The proofs are : Turkey is a partner of F-35 program for a long time and after 2005 there were so many negative comments and news developed in media and even within F-35 lighthening II program resulted a worker's compensation case : 710-414704 Unemployment benefits package approval board judge openly told me that because of my citizenship and "security" reasons. The security reason's discrimination and assimilation is only possible in case of a conflict since Aerospace and Aviation sector has been doing military contracts and I have turkish citizenship and ethnic origin. to be rejected from these companies.              In addition to these evidences after 2007 the US. consulate in Istanbul and the Embassy in Ankara was assaulted by terror groups and turkish authorities did not protected well the U.S.'s political organizations in Turkey.

In addition to this, all the military aviation programs connected with U.S. has been postponed or cut-offed like F-35 program (2 year postponed), The turkish utility helicopter program with Sikorsky Aircraft Co. also was postponed. During some of the job interviews managers suggested me to apply jobs connected with Turkey or apply jobs in Turkey and sometimes commented about my immigrant or immigration situation. This is a signal for ethicity discrimination.

## IV. STATEMENT OF FACTS

20.

Insert ¶#

I have been applying EEOC for charges since 2009 and law companies since 2009 in order to open lawsuit within statutes of Limitations. The refusals and discrimination has been so systematic and repetitive and non-stop therefore, neither myself nor the law companies can effort to investigate this "failure to hire" type discrimination - other than fed. Government. EEOC's chairperson Ms. Jacqueline Berrier made a consultation meeting with me and allowed me to complain about many companies at once-because of the characteristics of this type of discrimination. I wrote a letter to chairperson of EEOC in December 2012 and asked help in investigation and finding out the reason of the discrimination. EEOC send me a letter on Jan. 28. 2013 and told me that they were investigating 16 companies and would notice me whatever the reason of this discrimination. After 5-6 months of investigation EEOC mailed me 15 "Right to Sue" documents on July 02 2013. and told me to open case at Fed. district court. In all my EEOC intake documents I mentioned the discrimination started in 2007 and repetitively systematically continued in following years. I applied the jobs of the same companies in 2011, 2012 and 2013 there happened interviews as well and they still denied my employment.

21) Employment discrimination of on unemployed person is so much different than an employed person. In an employed person's discrimination there is only one company to sue and the witnesses are available. In opposite during discrimination of an unemployed person, there are many companies. Companies interviews 3 to 10 person at a time for a job and after each interview each rejected job candidate could not open a lawsuit just because of the rejection as a discrimination. There is no law about number of interviews as a limit. * SEE EXHIBIT A

## IV. STATEMENT OF FACTS

(22) The unemployed person within 6 months time

Insert ¶# applies the jobs of many companies and hundreds of jobs and may take sometimes 3-5 interviews. If this person has been rejected from all the jobs then he might be have right to sue many companies next year. If this persons financials are limited and the evidences are so difficult to reach and there are limits to open cases therefore the situation is definitely out of equality and justice. The applicability of statutes of limitations for such systematic discrimination is so much poor and create a deep unbalance between the plaintiff and the defendants. The only resource is the federal government to make the investigation and finance the trial if the person do not have enough financials to sue many companies, regardless his/her employment, repetitively and systematically.

(23) If the denial of my employment since july 26 2004 is because of security reasons or because of conflicts between governments. This should be noticed legally to me before and a solution supporting all of my life can be negotiated. The statutes of limitations related with my all cases are not applicable because of this important subject and I do believe I have right to ask all my claims starting with my illegal employment in August 23 2004. Job place discrimination, privacy rights and wrongfull termination claims. On the otherhad this type of discrimination never happened in my life before and of course I am not ready for this unexpected situation and just able to miss the deadlines during trying to understand what is going on.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Violation of Person's Privacy Rights

*insert title of cause of action*

(As against Defendant(s): #4, #5, #6, #7, #8, #9
#10, #11, #18, #21, #22, #23 )

(1) *insert ¶#* Above defendants interviewed me using phone lines in public. My identity and classified data released to public. By doing this and because of the facts #1, #2, #4, #5, #7, #8 stated on pages 7, 8, 9 of IV STATEMENT OF FACTS and #13, #14, #15

(2) *insert ¶#* Northrop Grumman Co. (defendant #9) by doing the acts stated at #5, #6, #7, #8 caused the violation related with privacy rights · security rights of individuals

(3) If the companies recorded my voice during phone line interviews, I am asking privacy claims, no permission was taken from me prior to start of interview.

(4) *insert ¶#* The defendants at line 7 and 8 of this page because of the act stated at page 7 and item #3 caused a violation concerning illegal competition process, creating un-equal competition conditions between job candidates because of the false characteristics of phone line selection process.

## SECOND CAUSE OF ACTION

(Systemic Discrimination /assimilation / civil Rights )

*insert title of cause of action*

(As against Defendant(s): #4, #5, #6, #7, #8, #9, #10

#11, #12, #13, #14, #15, #16, #17, #18, #19, )

#20, #21, #22, #23

(1). The companies should employ me and their act of everytime denial of my employment, because of the stated facts #1, #2, #6, #9, #10, permitted to civil rights violations. TITLE VII civil rights Act of 1964 Systemic employment discrimination on basis of ethnicity, nationality /citizenship /immigrant discrimination (#16, #20, #21

(2). The companies regretted me because of the facts stated at page 10, item #11 and #12 discrimination under TITLE VII civil rights Act of 1964 Nationality / origin and there is no court decision noticed to each parties about this conflict subject #17, #18, #19, #23 Are the other facts

(3). Depending on the fact #11 and #12, there is act of the governments, without a given reason to the person or a notice, the person cannot be considered as harmfull only a court decision can make this fact International law and civil rights law violation of the governments during conflicts. #19, #23

18

*Page Number*

## THIRD CAUSE OF ACTION

( TORTURE/ ANTITRUST / INTERNATIONAL LAW )

*insert title c, cause of action*

(As against Defendant(s): #4, #5, #6, #7, #8, #9, #10
#11, #12, #13, #14, #15, #16, #17, #18, #19, #20 )
#21 ) #22, #23

(1) Because of the facts #10, #13, #11
#14, #17, #20, #21, #22, #23. I have so many
times filed EEOS chages, repetitively discriminated
lawyer applications, all tortured me everytime
. There are so many violations on me

*Insert ¶#*

(2) Because of the facts #1, #2, #3, #4, #5, #6
#7, #8, #9, #10, #13, #14, #16, #17, #20, #21
#22 and #23 I lost my trust to the companies
and do not trust their offers of bussiness and
employment will

*Insert ¶#*

(3) I believe that the governments of Turkey
and U.S. violated international law during conducting
conflicts between each other. I should not be hired to
a classified program and their promisses to each other
in keeping the secrets not legal as long as they
do not follow conflict management principles of internati-
onal law. #5, #11, #12, #15, #16, #18, #19
#23

19

*Page Number*

# FOURTH CAUSE OF ACTION

( CIVIL RIGHTS / STATUTES OF LIMITATIONS )
insert title of cause of action

(As against Defendant(s): #4, #5, #6, #7, #8, #9, #10
#11, #12, #13, #14, #15, #16, #17, #18, #19, #20 )
#21, #22, #23

①. I have been applying the jobs of defendants
Insert ¶#
since 2007/2008. I applied many jobs in 2011, 2012
and 2013, because of repetitiveness of violation and
its systemic hostile attitude, I claim to cancel all the
statutes of limitations and sue the defendants starting
from their acts from the first interview (Jan. 2008).
The statements of facts #10, #16, #17, #20, #21
#22, #23. support this fact that the applicability
of the statutes of limitations is so much theoretical.
On the other hand there are more important violations
prior to discrimination as stated in facts #1, #2, #3, #4
#5, #6, #7, #8. related with person's security and life
and are superior to limitations of discrimination violation

②. Statement of facts, #11, #12, #13, #15, #19
Insert ¶#  #23, #18
Some type of governmental issue and security reasons
migth be the factor, and this type of uncontrollable act
give me the right to request all the statutes of
limitations from my cases since 2005, the date the
dispute started. I want my discrimination and wrongfull
termination claims from Northrop Grumman Co.

20
Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

① . Cancelling "statutes of limitations" from all my potential cases. I have been targetted with so much violations at the same time and many have time limits : illegal employment, privacy rights, discrimination wrongful termination, injury-worker's comp,

② . Requesting from court to sue Northrop Grumman Co. for illegal Employment, immigrant discrimination / nationality / origin discrimination, person's privacy rights and wrongfull termination - during my employment August 23 2004 to July 26 2007

③ . Person's privacy and security rights relief from each company achieved phone-line pre-interview or interview with me. The potential damage might be a life lost in case of kidnapping. Depending on the number of interviews of each company, demanding claims not less than life insurance claim ranges.

④ . Compensatory damages from each company which injured me by many times rejection of my employment requesting from court full coverage health, dental and other related plans, like ageing treatment, stress treatment

Dated: 09. 04 2013

Sign: _____

Print Name: TUGRUL GULEC

<u>21</u>

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

⑤. Requesting from court nationality / origin / race
*Insert ¶ #*

religion / retaliation / immigrant discrimination claims
from each defendant depending and proportional with
their number of interviews, they made, number of jobs I
applied to...

⑥. Before the phone-line interviews, the defendants
*Insert ¶ #*

did not check the identity and allowed competition with
50 percent reliability in identity. Relief which the
court may deem appropriate.

⑦ Compensation for general and special damages to my
*Insert ¶ #*

life. In case there has been a dispute between governments
and nobody know when it's going to end... Therefore
requesting from court an eary retirement as if I was
employed until age 65, all my potential earnings, savings
benefit plans, very good pension benefits, health and life
insurance benefits not less than chief executive level
or high administrative level of a personnel at one of the
defendants organizations.

⑧ Requesting from court to make fed. gov. to pay all the
costs of mine patent applications and support me in many aspects
of technological progress and enterpreneurship.

Dated: 09.04.2013

Sign: *[signature]*

Print Name: TUGRUL GULEC

22

*Page Number*

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _09. 26. 2013_

Sign: _[signature]_

Print Name: _TUGRUL GULEC_

# EXHIBIT A

( DRAFT COPY )

1  Name: _TUGRUL GULEC_
2  Address: _P. O. BOX 324_
3  _EL SEGUNDO CA 90245_
4  Phone: _310-529-6267_
5  Plaintiff In Pro Per
6
7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**
9
10  _TUGRUL GULEC_            CV13-06529
                             Case No.:
11      PLAINTIFF,                    (To be supplied by the Clerk)
12      vs.                   **COMPLAINT FOR:**
13  _AEROSPACE / AVIATION_    _DAMAGES PERSUANT TO_
14  _COMPANIES_              _CIVIL RIGHTS - PRIVACY RIGHTS_
15  _See page 2, 3, 4, 5, 6, 7_   _EMPLOYMENT DISCRIMINATION_
16  _(Government and Law Companies)*_  _PERSON'S SECURITY_
17
18      **DEFENDANT(S).**    Jury Trial Demanded: [ ] Yes  [X] No
19  *SEE PAGE 7 AND PLEADING PAGE ATTACHMENT
20
21           **I. JURISDICTION**
22
      1. This Court has jurisdiction under _28 U.S.C. § 1331_
23
24  _Constitution - ENDANGERING PERSON'S SECURITY_
25  _Civil Rights - ITAR programs - GFE programs - international_
26  _Systemic immigrant discrimination - illegal Employment_
27  _nationality / origin / dual citizenship - discrimination,_
28  _Retaliation, class action, torture_

LODGED

2013 SEP -6 AM 11: 18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1
Page Number

Revised: August 2011
Prepared by Public Counsel



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

January 28, 2013

Tugrul Gulec
P.O. Box 324
El Segundo, CA 90245

RE: 480-2012-02921, et al.

Dear Mr. Gulec:

Thank you for your inquiry received on January 9, 2013, to Chair Jacqueline Berrien concerning what you believe to be systematic discrimination due to your national origin, Turkish by the Aerospace and Defense Industries. The Chair has asked this office to respond directly to you.

Our records indicate that you have filed 28 charges of discrimination against various companies associated with the aerospace and defense industries. Currently, the U.S. Equal Employment Opportunity Commission, Los Angeles District Office (EEOC) is actively investigating eleven of those charges alleging national origin discrimination. Please be assured that the information you have provided will be carefully considered. If it is determined that your employment experiences were the result of unlawful discrimination based on your national origin, EEOC will attempt to conciliate a resolution of the matter. If it is concluded that the available evidence does not indicate that your employment experiences were the result of unlawful discrimination, the reasons for this decision and your right to pursue the matter in federal court will be explained to you.

I hope this is helpful in addressing your concerns. Should you have any further questions, you may contact Enforcement Manager Santos Albarran at (213) 894-6174.

Sincerely,

Olophius E. Perry, District Director
Los Angeles District Office



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA  90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

     RE:   <u>Tugrul Gulec v. Boeing</u>
            EEOC Charge Number: 480-2013-01365

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

                                Sincerely,

___10/20/13___               Santos Albarran _____
Date                         Santos Albarran
                         Enforcement Manager

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-01365 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

On behalf of the Commission

_(signature)_                                      6/28/13

Olophius E. Perry,                              (Date Mailed)
District Director

Enclosures(s)

cc:    **Mary Ann Scanlon**
**Boeing Southwest EEO Manager**
**BOEING COMPANY**
**5301 Bolsa Ave Mailcode HO12-A217**
**Seattle, WA 92647**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:   Tugrul Gulec v. Goodrich Aerostructures
        EEOC Charge Number: 480-2012-00012

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

6/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

| [ ] | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 480-2013-00012 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

_____

Olophius E. Perry,
District Director

6/28/13
(Date Mailed)

cc:     Direct To
        Attention: Human Resources
        GOODRICH CORPORATE OFFICE
        1825 I Street Nw
        Washington, DC 20006

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118


Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:   Tugrul Gulec v. Bombardier Aerospace
      EEOC Charge Number: 480-2013-01755

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While you may disagree with our decision, the dismissal is final. Enclosed is your Dismissal and Notice of Right to Sue. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

6/20/13
————————————
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>P.O. Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-01755 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Olophius E. Perry,
District Director

6/28/13
(Date Mailed)

Enclosures(s)

cc: Brenda R. Mesker
Director of Legal Services
Learjet Inc.
PO Box 7707
Wichita, KS 67277



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA  90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

     RE:    <u>Tugrul Gulec v. GE Aviation</u>
                EEOC Charge Number: 480-2013-00714

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

                       Sincerely,

_6/20/13_
Date

                       Santos Albarrán
                       Enforcement Manager

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | **From:** Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-00714 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____     6/28/13

Olophius E. Perry,
District Director

*(Date Mailed)*

Enclosures(s)

cc:   Miyuki P. Oshima
OGLETREE DEAKINS
34977 Woodward Ave #300
Birmingham, MI 48009

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:     Tugrul Gulec v. Agusta Westland North America
        EEOC Charge Number: 480-2012-03637

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

6/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-03637 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☒ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☐ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Santos G. Albanes_                                6/28/13

Olophius E. Perry,                              (Date Mailed)
District Director

Enclosures(s)

cc:   Nita Parikh
      JACKSON LEWIS
      725 S. Figueroa St #2500
      Los Angeles, CA 90017

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:   <u>Tugrul Gulec v. Northrop Grumman Corp</u>
EEOC Charge Number: 480-2013-00708

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

10/30/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-00708 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                                    6/28/13
Olophius E. Perry,                                          *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    M. Marie Waller
       Representative
       NORTHROP GRUMMAN CORP
       1 Space Park, M/S E2/3017E
       Redondo Beach, CA 90278



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118


Tugrul Gulec
PO Box 324
El Segundo, CA 90245

     RE:   <u>Tugrul Gulec v. UTC Aerospace Systems</u>
           EEOC Charge Number: 480-2013-01752

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

                    Sincerely,

6/20/13
Date

                    Santos Albarran
                    Enforcement Manager

EEOC Form 161 (11/09)

**U.S. Equal Employment Opportunity Commission**

## Dismissal and Notice of Rights

| To: Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-01752 | Cynthia R. Saffir,<br>ADR Contract Mediator | (213) 894-1030 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_signature_        6/28/13

Enclosures(s)      Olophius E. Perry,<br>District Director      (Date Mailed)

cc: Tatsuo Shirane<br>HR Executive<br>UTC AEROSPACE SYSTEMS<br>3345 S. 5th St.<br>Phoenix, AZ 85040

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:   Tugrul Gulec v. Gulfstream Aerospace Corpoation
EEOC Charge Number: 480-2012-03362

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

10/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-03362 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

_(signature)_

**Olophius E. Perry,**
**District Director**

6/28/13
(Date Mailed)

Enclosures(s)

cc: Anna Niukkanen
Representative
**GULFSTREAM AIRCRAFT COMPANY**
PO Box 2206
Savannah, GA 31402



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

    RE:    <u>Tugrul Gulec v. Lockheed Martin</u>
           EEOC Charge Number: 480-2013-01756

Dear Mr. Gulec,

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While you may disagree with our decision, the dismissal is final. Enclosed is your Dismissal and Notice of Right to Sue. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

                  Sincerely,

_____      _____
Date                            Santos Albarran
                            Enforcement Manager

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Tugrul Gulec**
Post Office Box 324
El Segundo, CA 90245

From:  **Los Angeles District Office**
**255 E. Temple St. 4th**

**Los Angeles, CA 90012**

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-01756 | **Leland D. Schultz,** **Enforcement Intern** | **(213) 894-6174** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Olophius E. Perry,
**District Director**

6/28/13
(Date Mailed)

Enclosures(s)

cc:  Michelle Hammond
Equal Opportunity Programs
LOCKHEED MARTIN
1011 Lockheed Martin Way
Palmdale, CA 93599



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

RE:   Tugrul Gulec v. Lockheed Martin
       EEOC Charge Number: 480-2013-00715

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While you may disagree with our decision, the dismissal is final. Enclosed is your Dismissal and Notice of Right to Sue. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

6/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

|  |  On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-00715 | Leland D. Schultz,<br>Enforcement Intern | (213) 894-6174 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Olophius E. Perry,
**District Director**

6/28/13
(Date Mailed)

cc:   Christine Wood
Human Resources Manager
LOCKHEED MARTIN
2677 Pospoerity Avenue
Alexandria, VA 22301



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA  90012
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Los Angeles Status Line:  (866) 408-8075
Los Angeles Direct Dial:  (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tugrul Gulec
PO Box 324
El Segundo, CA 90245

     RE:   Tugrul Gulec v. Textron Inc
            EEOC Charge Number: 480-2012-02934

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations.  While you may disagree with our decision, the dismissal is final.  Enclosed is your Dismissal and Notice of Right to Sue.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

Sincerely,

6/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Tugrul Gulec**
Post Office Box 324
El Segundo, CA 90245

From: **Los Angeles District Office**
**255 E. Temple St. 4th**

**Los Angeles, CA 90012**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-02934 | **Cynthia R. Saffir,** **ADR Contract Mediator** | **(213) 894-1030** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Olophius E. Perry,_
**District Director**

6/28/13
(Date Mailed)

cc: **Jennifer Lippoman**
**ASSISTANT GENERAL COUNSEL**
**TEXTRON**
**40 Westminster Street**
**Providence, RI 02903**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Los Angeles Status Line: (866) 408-8075
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118


Tugrul Gulec
PO Box 324
El Segundo, CA 90245

     RE:   <u>Tugrul Gulec v. General Atomics Aeronautical Systems Inc.</u>
           EEOC Charge Number: 480-2013-02317

Dear Mr. Gulec:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While you may disagree with our decision, the dismissal is final. Enclosed is your Dismissal and Notice of Right to Sue. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the enclosed Notice of Right to Sue.

We regret we cannot assist you further in this matter.

           Sincerely,

10/20/13
Date

Santos Albarran
Enforcement Manager

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Tugrul Gulec**
Post Office Box 324
El Segundo, CA 90245

From: **Los Angeles District Office**
**255 E. Temple St. 4th**

**Los Angeles, CA 90012**

| | |
|---|---|
| [ ] | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2013-02317 | **Leland D. Schultz, Enforcement Intern** | **(213) 894-6174** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Olophius E. Perry,**
**District Director**

6/28/2013
*(Date Mailed)*

Enclosures(s)

cc:   **Karen Yates**
**HR Executive**
**GENERAL ATOMICS**
**14200 Kirkham Way**
**Poway, CA 92064**

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Tugrul Gulec**
**Post Office Box 324**
**El Segundo, CA 90245**

From: **Los Angeles District Office**
**255 E. Temple St. 4th**

**Los Angeles, CA 90012**

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2012-03632** | **Vincient L. Robertson,** **Investigator** | **(213) 894-1711** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Olophius E. Perry,**
**District Director**

6/28/13

(Date Mailed)

Enclosures(s)

cc: **Cathy Madeiros**
**VP, Diversity & Inclusion**
**EATON CORP**
**1111 Superior Ave. E, # 19**
**Cleveland, OH 44114**

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-03115 | Joy L. Pentz,<br>Enforcement Manager | (317) 226-5372 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Webster Smith* (signature)

**Webster N. Smith,**
**District Director**

JUN 2 0 2013

Enclosures(s)

*(Date Mailed)*

cc: Christine M. Roth
Sr. Counsel
BAE SYSTEMS INFORMATION SOLUTIONS, INC.
4075 Wilson Blvd., 9th Floor
Arlington, VA 22203

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 480-2012-02920 | LaTayna X. Valentine,<br>Intake Supervisor | (213) 894-1090 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_La Tayna Valentine_                    9/6/2012

Olophius E. Perry,                    (Date Mailed)
**District Director**

Enclosures(s)

cc:  **Kalyn Redlowsk**
**MANAGER EEO, H.R. COMPLIANCE**
**SIKORSKY AIRCRFT CORPORATION**
**6900 Main Street**
**MAIL STOP S401A**
**Stratford, CT 06615**

EEOC Form 161 (11/09)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Tugruc Gulec<br>P.O. Box 324<br>El Segundo, CA 90245 | From: Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-02845 | LaTayna X. Valentine,<br>Intake Supervisor | (213) 894-1090 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

*[signature]* La Tayna Valentine                    9/6/2012

Olophius E. Perry,
**District Director**                              *(Date Mailed)*

cc:     Sherrie Williams
        Director of EEO
        **SPIRIT AEROSYSTEMS INC.**
        3801 S. Oliver Street
        Wichita, KS 67210

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Tugrul Gulec<br>Post Office Box 324<br>El Segundo, CA 90245 | From: | Los Angeles District Office<br>255 E. Temple St. 4th<br><br>Los Angeles, CA 90012 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2012-02913 | LaTayna X. Valentine,<br>Intake Supervisor | (213) 894-1090 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

Enclosures(s)

On behalf of the Commission

_LaTayna Valentine_ (signature)

**Olophius E. Perry,**
**District Director**

9/6/2012
(Date Mailed)

cc:   **Cathy Davis**
**HUMAN RESOURCES MANAGER**
**AIRBUS AMERICAS ENGINEERING**
**1801 South Broad Street**
**Mobile, AL 36615**

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Tugruc Gulec**<br>**P O Box 324**<br>**El Segundo, CA 90245** | From: **Los Angeles District Office**<br>**255 E. Temple St. 4th**<br><br>**Los Angeles, CA 90012** |

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2012-02838** | **LaTayna X. Valentine,**<br>**Intake Supervisor** | **(213) 894-1090** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]* LaTayna Valentine

**Olophius E. Perry,**
**District Director**

8/29/12
(Date Mailed)

Enclosures(s)

cc:   **Kiahan Patton**
**Human Resources Director**
**RAYTHEON**
**2000 E. El Segundo Blvd.**
**El Segundo, CA 90245**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Los Angeles Direct Dial:  (213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118
Website:  www.eeoc.gov

EEOC Charge Number: 480-2013-01583N

Charging Party: Tugrul Gulec

Respondent:  NASA

The purpose of this letter is to inform you that under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  EEOC staff has reviewed the information that you provided.   Based on our review it appears that we will not be able to conclude that the harm that you are complaining about establishes a violation of the laws enforced by EEOC.   The reason for this conclusion is:

- ❏ Your issues are untimely.
- ❏ Your issues fall outside the statutes enforced by EEOC.
- ❏ Your retaliation issue is not covered because you did not participate in protected activity as defined by the statutes enforced by EEOC.
- ❏ The harassment or sexual harassment you alleged did not rise to the level of illegal harassment.
- ❏ There is no employer/employee relationship
- ❏ You already filed a charge with the California Department of Fair Employment and Housing alleging the same or similar issues
- ❏ The organization named has less than 15 employees
- ☒ The organization named is a Federal Agency
- ❏ It has been determined that additional investigation will not result in our finding a violation under the statutes enforced by EEOC.
- ❏ Other: _____
  _____

The EEOC does not take charges against the federal government.  The internal EEO complaint process within the federal agency must be utilized.

Sincerely

*La Tayna Valentine*

March 27, 2013

La Tayna Valentine, CRTIU Supervisor
Los Angeles District Office

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge     Dale S. Fischer     and the assigned Magistrate Judge is     Andrew J. Wistrich     .

The case number on all documents filed with the Court should read as follows:

## 2:13-cv-07144 DSF-AJWx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

September 26, 2013
Date

By   SBOURGEO
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

*TUGRUL GULEC*

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

*AEROSPACE / AVIATION COMPANIES*
*( Government and Law Companies )*

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

*TUGRUL GULEC*
*P.O. BOX 324 EL SEGUNDO*
*CA 90245, Ph: 310-529-6267*

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

*( See pleading Attachment )*

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☒ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ *25 milyon*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*CIVIL RIGHTS / SYSTEMIC DISCRIMINATION / PERSONS PRIVACY / SECURITY*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-7144**

CV-71 (09/13)                    CIVIL COVER SHEET                    Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action?<br><br>☒ Yes  ☐ No<br><br>If "no, " go to Question C.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☒ Los Angeles | ☒ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☒ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☒ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☒ | ☒ |

| **C.1.  Is either of the following true?  If so, check the one that applies:**<br><br>☐ 2 or more answers in Column C<br><br>☐ only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D,  below.<br><br>If none applies, answer question C2 to the right.  ➡ | **C.2.  Is either of the following true?  If so, check the one that applies:**<br><br>☐ 2 or more answers in Column D<br><br>☐ only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D,  below.<br><br>If none applies, go to the box below.  ⬇ |
|---|---|
| Your case will initially be assigned to the<br>WESTERN DIVISION.<br>Enter "Western" in response to Question D below. | |

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above:  ➡ | *WESTERN.* |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☐ NO   ☒ YES

If yes, list case number(s):   _CV13 - 06529_

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☐ NO   ☒ YES

If yes, list case number(s):   _CV13 - 06529_

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**   _[signature]_     DATE: _09, 26, 2013_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |