SEYFARTH SHAW LLP
TIMOTHY L. HIX (SBN 184372)
thix@seyfarth.com
VAMSI K. VEMURU (SBN 286376)
vvemuru@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 9007
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
GOODRICH CORPORATION (erroneously
named GOODRICH AEROSTRUCTURES)
dba UTC AEROSPACE SYSTEMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUGRUL GULEC<br><br>            Plaintiff,<br><br>      v.<br><br>AEROSPACE /AVIATION<br>COMPANIES & (Government and<br>Law companies),<br><br>            Defendants. | Case No. CV 13-7144 DSF-AJWx<br><br>**NOTICE OF INTERESTED PARTIES** |

16406222v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF:**

The undersigned, counsel of record for Defendant GOODRICH CORPORATION (erroneously named GOODRICH AEROSTRUCTURES) dba UTC AEROSPACE SYSTEMS, pursuant to Central District Local Rules, Rule 7.1-1 certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant GOODRICH CORPORATION (erroneously named GOODRICH AEROSTRUCTURES) dba UTC AEROSPACE SYSTEMS

2. Defendant SIKORSY AIRCRAFT CORPORATION

3. UNITED TECHNOLOGIES CORPORATION, the parent company of GOODRICH CORPORATION

4. Plaintiff TUGRUL GULEC

DATED: November 5, 2013                    SEYFARTH SHAW LLP


By  /s/  Timothy L. Hix
    Timothy L. Hix
    Vamsi K. Vemuru
    Attorneys for Defendant
GOODRICH CORPORATION
(erroneously named GOODRICH
AEROSTRUCTURES) dba UTC
AEROSPACE SYSTEMS

2

16406222v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA                )
                                   )  ss
COUNTY OF LOS ANGELES              )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071.  On November 6, 2013, I served the within document(s):

## NOTICE OF INTERESTED PARTIES

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐    electronically by using the Court's ECF/CM System.

Tugrul Gulec             *Plaintiff in Pro Per*
P.O. Box 326
El Segundo, California  90265    *Telephone:  (310) 529-6267*

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on November 6, 2013, at Los Angeles, California.

                       Blanca Guerra

1

16405301v.1